NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MYLAN LABORATORIES LIMITED,**
*Appellant*

**v.**

**SANOFI MATURE IP,**
*Appellee*

_____

2020-1302

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00712.

_____

**JUDGMENT**

_____

MATTHEW R. REED, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for appellant. Also represented by GEORGE E. POWELL, III; JAD ALLEN MILLS, STEVEN WILLIAM PARMELEE, MICHAEL T. ROSATO, Seattle, WA; WENDY L. DEVINE, San Francisco, CA.

DANIEL JOHN MINION, Venable LLP, New York, NY, argued for appellee. Also represented by KATHERINE ADAMS, WHITNEY LYNN MEIER, WILLIAM E. SOLANDER, MICHAEL S. SCERBO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court